SAM BERGER, Appellant, v. DAVID D. LEVITT, Respondent.— Orders affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal and for denial of the motion for a new trial. (The first order grants defendant's motion for a new trial on the ground of newly discovered evidence, and the second order denies plaintiff's motion for a reargument or, in the alternative, for a rehearing by virtue of new facts, in an action to recover money loaned.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of HAZARD L. BROWN, for an Order Discharging the Committee of His Estate and of His Person. HAZARD L. BROWN, Appellant; FARMERS NATIONAL BANK AND TRUST COMPANY OF ROME et al., Respondents.— Appeal dismissed, without costs, as academic in view of the decision in the companion proceeding in *Matter of Brown* (*post,* p. 886, decided herewith). (The order directs appellant to correct a record on appeal by adding thereto four additional papers.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

In the Matter of HAZARD L. BROWN, for an Order Discharging the Committee of His Estate and of His Person. HAZARD L. BROWN, Appellant; FARMERS NATIONAL BANK AND TRUST COMPANY OF ROME et al., Respondents.— Order reversed on the law, without costs of this appeal to any party, and matter remitted to the Special Term to determine the competency of the petitioner to manage himself and his affairs and, if he be found competent to manage himself and his affairs, to enter an order discharging the committee and directing the committee of property to account. All concur. (The order denies petitioner's application for an order discharging the committees of petitioner's estate and person and for the return of petitioner's property.) Present — Cunningham, P. J., Taylor, Harris, McCurn and Larkin, JJ.

HANNAH GLAZER, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. Memorandum: There is no showing of special circumstances as provided in section 288 of the Civil Practice Act. All concur, except Dowling, J., who dissents and votes for affirmance on the authority of *Ettinger* v. *Commercial Travelers Mut. Accident Assn. of America* (266 App. Div. 876). (The order directs an examination before trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Probate of the Will of MARY PUTICH, Deceased. THERESA GALELIA et al., Appellants; ANNA RIBIC, Respondent.— Decree and order affirmed, without costs of this appeal to any party. All concur. (The decree sets aside the verdict of a jury finding undue influence and directs probate of a will. The order directs the finding of the jury as to a certain question be set aside and that the verdict be entered in favor of proponent.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Will of JOHN A. PFERD, Deceased. CHARLES M. LYMAN et al., Appellants; AMELIA E. PFERD, Respondent.— Decree affirmed, without costs of this appeal to any party. All concur. (The decree construes a will.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post,* p. 953.]